UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
IN THE MATTER OF THE                          :
COMPLAINT OF TALLMADGE BROS.,    :
INCORPORATED, AS OWNER OF THE    :    3:02CV 0414(MRK)
MILDRED B (a 1993 25.75' tow/push boat) :
AND ONE 28' x 60' FLOATING STEEL   :
BARGE FOR EXONERATION FROM OR  :
LIMITATION OF LIABILITY                     :
                                                              :    October 27, 2003
           Plaintiff/Petitioner.                  :
-----------------------------------------------------------X

FILED
Oct 28  11 35 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## MOTION FOR EXTENSION OF TIME

Petitioner Tallmadge Brothers Inc., by and through its attorneys, HEALY & BAILLIE, LLP, respectfully requests a 4 day extension of time through November 4, 2003 within which to submit a status report concerning the limitation of liability proceeding.

Counsel for Plaintiff requests this additional time because he will be traveling on business this week, and will be returning to the office on Monday, November 3, 2003. This is the first extension requested by Tallmadge concerning

the status report. Accordingly, it is respectfully submitted that Tallmadge's motion should be granted.

Dated: South Norwalk, Connecticut
      October 27, 2003

                            HEALY & BAILLIE, LLP
                            Attorneys for Tallmadge Brothers, Inc.

                            By _____
                            20 Marshall Street, Suite 104
                            South Norwalk, Connecticut 06854-2282
                            Tel:   (203) 354-1361
                            Fax:  (203) 354-1363

_____
      SO ORDERED

## **CERTIFICATION**

This to certify that a copy of the same has been mailed postage pre-paid to the following counsel of record on October 27, 2003:

> Edward L. Piquette, Esq.
> 1057 Broad Street
> Bridgeport, CT 06604
>
> Miles Esty, Esq.
> Esty & Buckmir
> 714 State Street
> New Haven, CT. 06511

_____
Matthew A. Marion