UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
IN THE MATTER OF THE                          :     CASE NO.: 3:02CV0414(MRK)
COMPLAINT OF TALLMADGE BROS.,    :
INCORPORATED, AS OWNER OF THE    :
MILDRED B (a 1993 25.7' tow/push boat)  :
AND ONE 28' x 60" FLOATING STEEL   :
BARGE FOR EXONERATION FROM       :
OR LIMITATION OF LIABILITY              :
                                                                  :     Date: October 28, 2003
             Claimants                                     :
---------------------------------------------------------X

## MOTION FOR EXTENSION OF TIME

Claimants Pedro Hernandez and Ossiris Hernandez hereby respectfully request an extension of time until November 4, 2003 to submit their written proposals regarding the sequencing of discovery, dispositive motions and trials in these matters.

Claimants request the additional time for the following reason. Claimant's counsel telephoned Plaintiff's counsel, Healy and Baillie, LLP, in order to discuss the issues and attempt to arrive at agreements where possible, and was advised that Plaintiff's counsel would be traveling on business, but back on November 3, 2003. Counsels intend to discuss the relevant issues on that day.

The claimants respectfully request that this motion be granted.

Dated Bridgeport, CT
October 28, 2003

                        Respectfully submitted
                        For Claimants
                        Edward L. Piquette, Esquire
                        1057 Broad Street
                        Bridgeport, CT 06604

BY _____
       Edward L. Piquette (ct11037)

_____
          SO ORDERED

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion For Extension of Time on this date to the following:

Matthew A. Marion, Esquire
Healy & Baillie, LLP
The Lock Building, Suite 104
20 Marshall Street
South Norwalk, CT  06854-2282

Miles N. Esty, Esquire
Esty & Buckmir
714 State Street
New Haven, CT  06511

_____
Edward L. Piquette