



# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
-----------------------------------------------------X
IN THE MATTER OF THE                    :        CASE NO.: 3:02CV0414(MRK)
COMPLAINT OF TALLMADGE BROS.,           :
INCORPORATED, AS OWNER OF THE           :
MILDRED B (a 1993 25.7' tow/push boat)  :
AND ONE 28' x 60" FLOATING STEEL        :
BARGE FOR EXONERATION FROM              :
OR LIMITATION OF LIABILITY              :
                                        :        Date: October 28, 2003
                Claimants               :
-----------------------------------------------------X
```

## MOTION FOR EXTENSION OF TIME

Claimants Pedro Hernandez and Ossiris Hernandez hereby respectfully request an

extension of time until November 4, 2003 to submit their written proposals regarding the

sequencing of discovery, dispositive motions and trials in these matters.

Claimants request the additional time for the following reason. Claimant's

counsel telephoned Plaintiff's counsel, Healy and Baillie, LLP, in order to discuss the

issues and attempt to arrive at agreements where possible, and was advised that Plaintiff's

counsel would be traveling on business, but back on November 3, 2003. Counsels intend

to discuss the relevant issues on that day.

The claimants respectfully request that this motion be granted.

MOTION GRANTED.

SO ORDERED. _____ MARK R. KRAVITZ, U.S.D.J.

Dated at New Haven, CT
October 30, 2003

FILED
OCT 30   4 20 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.