FILED
Oct 28  11 35 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

------------------------------------------------------------X
IN THE MATTER OF THE                          :
COMPLAINT OF TALLMADGE BROS.,     :
INCORPORATED, AS OWNER OF THE     :        3:02CV 0414(MRK)
MILDRED B (a 1993 25.75' tow/push boat)   :
AND ONE 28' x 60' FLOATING STEEL      :
BARGE FOR EXONERATION FROM OR    :
LIMITATION OF LIABILITY                      :
                                                              :        October 27, 2003
                    Plaintiff/Petitioner.          :
------------------------------------------------------------X

## MOTION FOR EXTENSION OF TIME

Petitioner Tallmadge Brothers Inc., by and through its attorneys, HEALY

& BAILLIE, LLP, respectfully requests a 4 day extension of time through

November 4, 2003 within which to submit a status report concerning the limitation

of liability proceeding.

Counsel for Plaintiff requests this additional time because he will be

traveling on business this week, and will be returning to the office on Monday,

November 3, 2003. This is the first extension requested by Tallmadge concerning

*[left margin, rotated:]* MOTION GRANTED. SO ORDERED. MARK R. KRAVITZ, U.S.D.J. Dated at New Haven, CT October 30, 2003

FILED
OCT 30  4 23 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.