UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Settlement Conference Calendar

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

U.S. DISTRICT COURT
HARTFORD CT

November 4, 2003

10:00 a.m.

**3:02CV414 (DJS)**
CASE NO.  Tallmadge Bros, Inc v
-----------------------------------------------------

SETTLEMENT CONFERENCE

COUNSEL OF RECORD:

| | |
|---|---|
| Hugh W. Cuthbertson | Siegel, O'Connor, Zangari, O'Donnell & Beck, 171 Orange St., Po Drawer 906, New Haven, CT 203-789-0001 |
| John G. Ingram | Healy & Baillie, LLP, 20 Marshall St. Suite 104, South Norwalk, CT 203-354-1361 |
| Matthew A. Marion | Healy & Baillie, LLP, 20 Marshall St. Suite 104, South Norwalk, CT 203-354-1361 |
| Edward L. Piquette | 1057 Broad St., Bridgeport, CT  203-333-3033 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

**3:01-CV-1773 - Pedro Hernandez v. Robert Bloom (DJS)**

2 Confs. held w/ TPS - 2 cases settled -
Time: (5')