UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Tallmadge Bros, Inc
One 28'x60' Floating Steel Barge, located
 in Long Island Sound, Bridgeport, CT
Mildred B, tow/push boat

  v.

                                          3:02cv414 MRK

Pedro Hernandez
Ossiris Hernandez

## JUDGMENT

Notice having been sent to counsel of record on November 4, 2003, pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before December 4, 2004.

No closing papers having been received and no further requests for continuance having been received, it is hereby,

ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at New Haven, Connecticut, this 3rd day of March, 2004.


                                                          KEVIN F. ROWE, Clerk

                                                          By   /s/ Kenneth R. Ghilardi
                                                          Kenneth R. Ghilardi
                                                          Deputy Clerk


EOD: _____