UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TALLMADGE BROS., INC.<br>ONE 28'X60' FLOATING STEEL BARGE,<br> LOCATED IN LONG ISLAND SOUND,<br> BRIDGEPORT, CT<br>MILDRED B, TOW/PUSH BOAT<br><br>                    Plaintiffs,<br><br>    v.<br><br>PEDRO HERNANDEZ, ET AL.,<br><br>                    Defendants. | : CASE NO. 3:02CV414 (MRK)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: May 19, 2004<br>: |

**MOTION FOR RETURN OF SECURITY AND RELEASE FROM UNDERTAKING**

In accordance with the provisions of Rule F(1) of the Supplemental Rules for certain Admiralty and Maritime Claims, the plaintiffs/petitioners previously filed with this Court an interim stipulation for value and an undertaking for security for costs and claims. (Doc. #8)  The undertaking filed obligated Tallmadge Bros., Inc., as Principal, and Hartford Fire Insurance Company, as surety, jointly and severally, in the amount of $47,500, with interest at the rate of 6% per annum, such that if judgment were awarded against petitioners, the judgment may be entered against both petitioner and surety for an amount not exceeding said sum and interest, and in an amount not exceeding

**ORAL ARGUMENT NOT REQUESTED**

$500 for legal costs, with interest at the rate of 6% per annum, provided that the total liability of the surety not exceed $55,000.

This case having been settled, a judgment of dismissal entered on March 3, 2004, pursuant to Local Civil Rule 41(b).

Wherefore, the petitioner, Tallmadge Bros., Inc., now moves the Court on behalf of itself and its surety, Hartford Fire Insurance Company, to return the undertaking they filed as security and to release them from said undertaking.

TALLMADGE BROS., INC.

By: /s/ Hugh W. Cuthbertson
Hugh W. Cuthbertson ct04133
Siegel, O'Connor, Zangari,
  O'Donnell & Beck, P.C.
59 Elm Street, Suite 200
P.O. Drawer 906
New Haven, CT  06504
Telephone: (203) 789-0001
Facsimile: (203) 782-2766
Email: hcuthbertson@soszlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion for return of security and release from undertaking was mailed on May 19, 2004, to Edward L. Piquette, 1057 Broad Street, Bridgeport, CT 06604, and Matthew A. Marion, Healy & Baillie, LLP, Lock Building, 20 Marshall Street, Suite 104, South Norwalk, CT 06854-2282.

*/s/ Hugh W. Cuthbertson*
Hugh W. Cuthbertson