UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TALLMADGE BROS., INC. : <br> ONE 28' X 60' FLOATING STEEL BARGE, : <br>   LOCATED IN LONG ISLAND SOUND, : <br>   BRIDGEPORT, CT : <br> MILDRED B, TOW/PUSH BOAT, : <br> : <br>           Plaintiffs, : <br> : <br> v. : <br> : <br> PEDRO HERNANDEZ, ET AL., : <br> : <br>           Defendants. : | Civil No. 3:02cv414 (MRK) |

**ORDER**

Tallmadge Bros., a plaintiff in the above-captioned matter, on behalf of itself and its surety, Hartford Fire Insurance Company, filed a Motion for Return of Security and Release from Undertaking [doc. #41]. The parties reported the case settled, and the Court consequently issued a Rule 41(b) Notice of Dismissal [doc. #39] on December 4, 2003. Closing papers not having been filed nor requests for continuance having been submitted within 30-days, a Judgment [doc. # 40] dismissing the complaint was entered on March 3, 2004 in accordance with Rule 41(b). Furthermore, to date, no party has moved to reopen the case. Therefore, the Court GRANTS the Motion for Return of Security and Release from Undertaking [doc. #41], and the Clerk shall return the sums Tallmadge Bros. and Hartford Fire Insurance Company filed as security pursuant to an interim stipulation for value and undertaking for security for costs and claims [doc. #8] in the amount of $47, 500.

                                                  IT IS SO ORDERED.

                                        /s/       Mark R. Kravitz
                                                     United States District Judge

Dated at New Haven, Connecticut: <u>August 12, 2004</u>.